IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PETER WONG, INDIVIDUALLY AND AS TRUSTEE FOR THE WONG FAMILY TRUST,<br><br>　　　　Debtor.<br><br>FIDELITY INVESTMENTS,<br><br>　　　　Garnishee. | Case No. 2:22-MC-00120-JAM-CKD<br><br>**[PROPOSED]** **ORDER APPROVING STIPULATION RE: CONTINUING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:16-CR-00237-JAM |

**O R D E R**

The Court, having reviewed the court files and the Stipulation Re: Continuing Garnishment (the "Stipulation"), and good cause appearing therefrom, hereby APPROVES the Stipulation in its entirety. Accordingly, IT IS ORDERED that:

　　1.　　Peter and Geraldine Wong shall pay $67,290.90 to satisfy the remaining criminal monetary penatlies owed by Peter Wong by no later than December 31, 2024.  They shall make payments towards the debt totaling at least $3,000.00 per month, due on the last day of each month, with

the first payment due no later than December 31, 2022.  Payments shall be made by check, money order, or company draft, made payable to the "**Clerk of the Court**" and mail to:

> Clerk of the Court
> 501 I Street, 4-200
> Sacramento, CA 95814

The payment instrument shall include the case name and number (<u>U.S. v Wong</u>, 2:16-CR-00237-JAM).

    2.    Garnishee Fidelity Investments is directed to release all funds that are subject to the writ, except for the account ending in 1121 (which, as of April 2022, has a balance fo $77,720.20).  Garnishee Fidelity Investments is directed to maintain the freeze of this account until further order of this Court.

    3.    Once the agreed-upon amount of $67,290.90 is satisfied by Peter and Geraldine Wong, the United States shall file an *ex parte* motion to terminate the writ and release the funds held in account ending in 1121.

    4.    If Peter and/or Geraldine Wong do not pay at least $3,000.00 by the last day of any given month, Peter and Geraldine Wong shall have a grace period of up to the 10th day of the month to make the necessary payment.  They must give the United States advance notice before their monthly payment is due that the monthly payment will be late and will be made within the grace period.

    5.    If a deficiency is not cured by the 10th day of the month, the United States may immediately submit a proposed final order of garnishment that provides that the funds held in account ending in 1121 shall be released to the Clerk of the Court and applied towards the outstanding balance.  The United States shall only garnish from the account the amount necessary to satisfy the remaining debt balance.

    6.    Peter and Geraldine Wong shall provide the United States Attorney's Office's Financial Litigation Program with up-to-date contact information until the debt is paid in full.

    7.    The Parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  November 9, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE