IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER WONG, INDIVIDUALLY AND AS TRUSTEE FOR THE WONG FAMILY TRUST,<br><br>Debtor.<br><hr>FIDELITY INVESTMENTS,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No. 2:22-MC-00120-JAM-CKD<br><br>[PROPOSED] **ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:16-CR-00237-JAM |

    The Court, having reviewed the court files and the United States' Request for an Order Terminating Writ of Continuing Garnishment (the "Request"), and finding good cause therefrom, hereby GRANTS the Request.

    The United States has recovered the special assessment and restitution imposed against defendant, Peter Wong, in the criminal case referenced above. The Writ of Continuing Garnishment

////

////

issued under this miscellaneous case number against defendant, Peter Wong, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(C), and the clerk of court is directed to CLOSE this case.

Dated:  March 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.wong22mc120.term